David R. DARR, Sr., Appellant,

v.

STATE of Missouri, Respondent.

WD 80093

Missouri Court of Appeals,
Western District.

ORDER FILED: SEPTEMBER 5, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 31, 2017.

Application of Transfer Denied
December 19, 2017

Kevin L. Schriener, Clayton, MO, Counsel for Appellant.

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Edward R. Ardini, Jr., Presiding Judge, Anthony Rex Gabbert, Judge, Karen King Mitchell, Judge

**ORDER**

Per Curiam:

David R. Darr, Sr., appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).